## Wendover *vs.* Ball.

A BAIL piece had been filed, containing the name of one real perſon, who had at the ſame time filed an affidavit of juſtification, and of one nominal perſon. A rule was then taken to bring in the body, or ſhew cauſe why an attachment ſhould not iſſue againſt the ſheriff; and now

*Wood* for the plaintiff, moved that the rule be made abſolute.

*Per Curiam.* The practice of inſerting only one real perſon in bail pieces, has generally obtained, but has paſſed becauſe there has been no oppoſition to it. It is requiſite, *if the plaintiff exacts it,* that two real perſons ſhould become bail.

But the ſheriff ſtipulating to put in additional bail the motion was waived.

## General Rule.

SATURDAY.

ORDERED, *That on trials, one counſel only on each ſide ſhall examine or croſs examine a witneſs; and that two counſel only on each ſide ſhall ſum up the evidence to the jury.*